FILED

2024 Apr-19  PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TYRONE BROOKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:21-cv-1028-ACA-NAD** |
| | ) | |
| **AKEEM EDMONDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT

Consistent with the jury's verdict, the court **ENTERS JUDGMENT** in favor of Defendant Akeem Edmonds and against Plaintiff Tyrone Brooks. The court **DIRECTS** the Clerk of Court to close this case.

**DONE** and **ORDERED** this April 19, 2024.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE